1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12  TIMOTHY MARTIN KENDRICK,        )      No. CV 11-5798-PA(CW)
                                    )
13                  Petitioner,     )      JUDGMENT
                                    )
14           v.                     )
                                    )
15  UNITED STATES OF AMERICA,       )
                                    )
16                  Respondent.     )
    _____)
17
18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  dismissed for lack of jurisdiction.

20
21  DATED: October 30, 2012

22
23                                          _____
                                                    PERCY ANDERSON
24                                           United States District Judge
25
26
27
28