**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY MARTIN KENDRICK, | ) | No. CV 11-5798-PA(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: October 30, 2012

_____
PERCY ANDERSON
United States District Judge